UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRYSON BUTLER,

Plaintiff,

v.

AMERICAN BEHAVIORAL HEALTH SYSTEMS, INC., a Washington corporation,

Defendant.

No. 3:26-cv-05501-TMC

FIRST AMENDED COMPLAINT

JURY DEMAND

## I. INTRODUCTION

1.1. Everyone in Washington has the right to housing and medical care free from discrimination. Plaintiff Bryson Butler brings this case to vindicate that right and to hold the American Behavioral Health Systems accountable for violations of the Fair Housing Act.

## II. PARTIES & JURISDICTION

2.1. Plaintiff Bryson Butler is a resident of Kitsap County, Washington.

2.2. American Behavioral Health Systems, Inc. (ABHS) is a Washington for-profit corporation that provides rehabilitation services, including detoxification services, residential treatment programs for substance dependence, and intensive inpatient services for mental



SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

health problems. ABHS's principal place of business is in Spokane County, Washington, and the company conducts business across the State of Washington, including in Lewis County.

2.3. Mr. Butler's claims arise under the laws of the United States. This Court has subject-matter jurisdiction over those claims under 28 U.S.C. § 1331.

## III. STATEMENT OF FACTS

3.1. In Washington, individuals charged with non-violent crimes who suffer from substance use disorders may be eligible for a Drug Offender Sentencing Alternative (DOSA). A DOSA allows individuals a reduction in prison time when they agree to undergo post-incarceration substance abuse treatment.

3.2. Under a DOSA, compliance with treatment becomes a condition of release. An individual's failure to comply with treatment results in revocation of their DOSA and a return to prison to serve the remainder of their sentence.

3.3. DOC contracts with ABHS to provide inpatient drug treatment services to individuals who have been granted a DOSA or who are participating in the Graduated Reentry Program, which allows eligible individuals to complete portions of their sentence in partial confinement.

3.4. Plaintiff Bryson Butler was granted a DOSA. As a condition of his sentence, Mr. Butler was required to undergo months of post-release substance use treatment, including 60 days in a residential treatment facility.

3.5. DOC placed Mr. Butler at ABHS for residential substance use treatment starting on May 19, 2025. Mr. Butler was not given any other options for residential treatment, and DOC inmates are not permitted to change residence, including residential treatment facilities, without prior DOC approval.



SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

3.6. Completion of the residential treatment program at ABHS was a condition of Mr. Butler's DOSA. He faced up to three additional years of incarceration if ABHS deemed him non-compliant with its treatment program.

3.7. As a part of the treatment program ABHS administered, Mr. Butler was required to attend lectures and other mandatory group meetings.

3.8. At some lectures, ABHS counselors made disparaging comments about same-sex relationships. For example, one counselor, Mr. Hayes, referred to same-sex relationships as "weird shit." Another time, Mr. Hayes described two men kissing as "disgusting." He also declared that "sodomy is wrong."

3.9. ABHS tolerated the use of slurs by some of its employees and residents. People frequently used the slurs "fag" and "faggot" without reprimand.

3.10. ABHS counselors also made disparaging comments about HIV-positive individuals. For example, Mr. Hayes advocated in lectures that HIV-positive individuals should be visibly tattooed so they can be identified and avoided. Mr. Hayes also spread false information about HIV-positive individuals. For example, Mr. Hayes claimed that HIV can be transmitted by sharing a drink, eating off the same plate, or using the same toilet seat.

3.11. Mr. Butler is gay and HIV positive. ABHS was aware of this.

3.12. Mr. Butler reported the aforementioned comments to his case manager, who escalated the report to the ABHS Director of Operations, Marc Malmer. Mr. Malmer assured Mr. Butler that he would "take care of it." Mr. Butler also reported the comments to his DOC officer and to a Prison Rape Elimination Act (PREA) auditor.

3.13. Nonetheless, the comments continued. At the next lecture Mr. Butler attended, Mr. Hayes remarked that if someone has a problem with him, that person should "man up" and



SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

say it to his face. Mr. Hayes looked directly at Mr. Butler while saying this. Mr. Hayes explained, "I don't care what you guys do, unless it's something that gets me in trouble." Mr. Hayes then continued to deliver lectures disparaging gay men.

3.14. Later, an ABHS volunteer distributed a comic book authored by Jack Chick, titled *Doom Town*, to ABHS residents. The comic depicts gay men advocating "blood terrorism" to "get national attention," including by "threatening to infect our nation's blood supply . . . with AIDS." It also likens gay men to "the men of Sodom" and cites a series of Bible verses purporting to condemn same-sex relationships. The book claims "[t]he ONLY way to escape the sin of homosexuality is through Jesus Christ." An excerpt of *Doom Town* is depicted below:




3.15. Mr. Butler reported to ABHS administrators that *Doom Town* was distributed at a mandatory meeting. One administrator admitted that the comic had been approved by ABHS and told Mr. Butler that he should not worry about it because he would be completing his treatment soon anyway.



SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

3.16. Mr. Butler completed the residential treatment program at ABHS on July 24, 2025.

3.17. Mr. Butler experienced and continues to experience emotional distress, loss of enjoyment of life, humiliation, personal indignity, embarrassment, and anxiety as a direct and proximate result of the foregoing.

## IV. LIABILITY

### Fair Housing Act (FHA), 42 U.S.C. § 3604

4.1. ABHS operates buildings occupied as a residence by individuals.

4.2. DOC conditioned Mr. Butler's reduced sentence on participation in and compliance with treatment at ABHS.

4.3. ABHS subjected Mr. Butler to unwelcome harassment based on sexual orientation.

4.4. Discrimination based on sexual orientation is sex discrimination.

4.5. The harassment endured by Mr. Butler was severe and pervasive, thereby interfering with the terms, conditions, and privileges of his residency at the ABHS facility.

4.6. ABHS participated in the harassment.

4.7. ABHS knew or should have known that Mr. Butler was subjected to harassment on the basis of sex and failed to take reasonably prompt and adequate corrective action reasonably designed to end the harassment.

4.8. Mr. Butler experienced and continues to experience emotional distress, loss of enjoyment of life, humiliation, personal indignity, embarrassment, and anxiety as a direct and proximate result of the foregoing.



SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

## V. REQUEST FOR RELIEF

5.1. Plaintiff Bryson Butler requests the following relief:

a. Damages for emotional distress, loss of enjoyment of life, humiliation, personal indignity, embarrassment, and anxiety in amounts to be proved at trial;

b. Attorneys' fees and costs;

c. Punitive damages under the FHA; and

d. Such other relief as the Court deems just and proper.

DATED this 23rd day of September, 2026.

SCHROETER GOLDMARK & BENDER

*s/ Andrew D. Boes*__________________
ANDREW D. BOES, WSBA #58508
JULIE E. KLINE, WSBA #35461
Counsel for Plaintiff



SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305